IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BRYAN EDWARD SLAYTON,
Reg #11196-074                                                          PLAINTIFF

v.                              No. 2:16-cv-69-DPM-JTK

RIVERA, Warden, FCI-Forrest City;
RELVAS, Captain, FCI-Forrest City;
REED, Segregation Lieutenant, FCI-Forrest
City; WARD, Disciplinary Hearing Officer,
FCI-Forrest City; and LLOYD, SIS Technician,
FCI-Forrest City                                                     DEFENDANTS

ORDER

Unopposed recommendation, № 6, adopted with one correction:

Stayton's other pending case is number 2:15-cv-85-KGB-JJV. FED. R. CIV.

P. 72(b) (1983 addition to the advisory committee notes). This case is stayed

pending the outcome in that case.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____18 July 2016_____