IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BRYAN EDWARD SLAYTON
Reg #11196-074                                                          PLAINTIFF

v.                          No. 2:16-cv-69-DPM

RIVERA, Warden, FCI-Forrest City;
RELVAS, Captain, FCI-Forrest City;
REED, Segregation Lieutenant, FCI-
Forrest City; WARD, Disciplinary
Hearing Officer, FCI-Forrest City;
LLOYD, SIS Technician, FCI-Forrest
City; and D. EDGE, Warden, FCI-
Texarkana, TX                                                          DEFENDANTS

## JUDGMENT

1. Slayton's claims against Lloyd are dismissed with prejudice.

2. The remainder of Slayton's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 May 2017